UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSE ANGEL ROJAS CANELON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:25-cv-00381-MPB-MJD |
| CPT. BRANDON CROWLEY In His Official Capacity as Commander of Clay County Jail, *et al.*, | ) ) ) ) ) |
| Respondents. | ) |

**ORDER GRANTING PETITIONER'S MOTION TO DISMISS**

Jose Rojas Canelon's motion to dismiss, dkt. [15], is **granted**. This action is **dismissed without prejudice** pursuant to Mr. Rojas Canelon's motion and Federal Rule of Civil Procedure 41(a)(2). The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Dated: September 23, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Sarah L. Burrow
LEWIS & KAPPES PC
sburrow@lewis-kappes.com

Edan Israel Gomez
Lewis Kappes
egomez@lewiskappes.com

Liberty L. Roberts
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
lroberts@cchalaw.com

Allison Lauren Upchurch
LEWIS & KAPPES PC
aupchurch@lewis-kappes.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov